IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA L. COOPER                                                                                  PLAINTIFF

    v.    Civil No. 10-2149

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                               DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 8th day of December 2011.

            /s/ *J. Marschewski*
            HON. JAMES R. MARSCHEWSKI
            CHIEF UNITED STATES MAGISTRATE JUDGE